05-15-01494-CV

FILED
DALLAS COUNTY
12/7/2015 12:44:46 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-14-13243

| | | |
|---|---|---|
| **MARCUS L. NASH,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **AGGREGATE INDUSTRIES-WCR,** | § | |
| **INC. dba LATTIMORE MATERIALS** | § | |
| **CORPORATION** | § | |
| *Defendant.* | § | **192nd JUDICIAL DISTRICT** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 4:08:06 PM
LISA MATZ
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that pursuant to Rule 25.1 and 26.1(d) of the Texas Rules of Appellate Procedure, Marcus Nash, Plaintiff in this matter, files this Notice of Appeal, and would show the following:

Nash desires to appeal the Order Granting Defendant's No Evidence and Traditional Motion for Summary Judgment of the 192nd Judicial District Court of Dallas County, Texas entered on November 5, 2015, in Cause No. DC-14-13243, *Marcus L. Nash v. Aggregate Industries-WCR, Inc. d/b/a Lattimore Materials Corporation,* to the Court of Appeals of the Fifth Supreme Judicial District of Texas.

PLAINTIFF'S NOTICE OF APPEAL – Page 1

Respectfully submitted,

**LAW OFFICES OF JOHN E. WALL, JR.**

5728 Prospect Avenue, Suite 2001
Dallas, Texas 75206-7284
(214) 887-0100 (*telephone*)
(214) 887-0173 (*telecopier*)

*/s/ John E. Wall, Jr.*
John E. Wall, Jr.
State Bar No. 20756750
Email: jwall@jwall-law.com
Kolter McKenzie
State Bar No. 24067762
Email: kmckenzie@jwall-law.com
***Attorneys for Plaintiff***


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel as follows:

Matthew A. Nowak                                    *Via eFile*
NOWAK & STAUCH, LLP
1000 North Central Expressway, Suite 1040
Dallas, Texas  75231

Terrance J. Miglio                                    *Via eFile*
Varnum, LLP
39500 High Pointe Blvd., Suite 350
Novi, Michigan 48375

On this 7th day of December 2015.                */s/ John E. Wall, Jr.*
                                                  John E. Wall, Jr.